UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
07-cv-10934 NG

*********************************************
CRISTINA CHAO,                              *
                                            *
           Plaintiff,                       *
                                            *
v.                                          *
                                            *
MOISES BALISTA, KATHLEEN M.                 *
DENNEHEY, Commissioner of the Massachusetts *
                                            *
Department of Corrections, KELLEY RYAN,     *
Superintendent South Middlesex Correctional *
Facility, RANDY AZZATO, Director of Security,*
South Middlesex Correctional Facility, CHRIS*
TORTORA, Training Officer, South Middlesex  *
                                            *
*Correctional Facility, et. al.*            *
                                            *
           Defendants.                      *
*********************************************

## PLAINTIFF'S MOTION TO STAY DISCOVERY AND MOTION PRACTICE

NOW COMES the Plaintiff, Christina Chao and respectfully requests an order staying discovery and motion practice pending the court's decision on the Commonwealth's motion to dismiss and for such reasonable time to allow her to secure subsequent and/or supporting counsel. There is good cause for a stay. The Court's ruling on the motion to dismiss will impact the willingness and consideration of potential subsequent and/or supporting counsel to make an appearance in this case. Subsequent and/or supporting counsel will require some reasonable additional time to get up to speed in this case and design its own discovery, motion and trial strategies. Already the parties

have engaged in limited exchange of discovery. The Defendants will not be prejudiced by the time awaiting the court's decision on the motion to dismiss and the time she needs to obtain subsequent and/or supporting counsel.

    Plaintiffs' counsel hereby notifies all counsel for the Commonwealth and individual Defendants that the defendants will not respond to the Defendants requests for answers to interrogatories and documents until the court has ruled on this motion or has otherwise ordered. The Plaintiff reserves her full rights to respond and object to the document requests and the motion to certify at that time, if necessary.

                                      Respectfully Submitted

                                      CRISTINA CHAO
                                      By her attorney,

                                      /s/ Benjamin Weisbuch, Esq.
                                      Benjamin Weisbuch, Esq.
                                      BBO#649510
                                      358 Watertown St.
                                      Newton, MA  02458
                                      (617) 848-8080

Date: May 26, 2009

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the Clerk's office by hand and a paper copy has be sent to all parties involved and/or their legal representatives on this day, February 29, 2009.

/s/Benjamin Weisbuch, Esq.
_____
Benjamin Weisbuch, Esq., Esq.
Counsel for the Plaintiff