UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
07-cv-10934 NG

*********************************************
CRISTINA CHAO,                              *
                                            *
             Plaintiff,                     *
                                            *
v.                                          *
                                            *
MOISES BALISTA, KATHLEEN M.                 *
DENNEHEY, Commissioner of the Massachusetts *
                                            *
Department of Corrections, KELLEY RYAN,     *
Superintendent South Middlesex Correctional *
Facility, RANDY AZZATO, Director of Security,*
South Middlesex Correctional Facility, CHRIS *
TORTORA, Training Officer, South Middlesex  *
                                            *
*Correctional Facility, et. al.*            *
                                            *
             Defendants.                    *
*********************************************

## STATEMENT PURUSANT TO LR 7.1 IN SUPPORT OF PLAINTIFF'S MOTION TO STAY DISCOVERY AND MOTION PRACTICE

I, Benjamin Weisbuch, Esq., pursuant to LR 7.1, have conferred in good faith this day, March 26, 2009 by telephone with counsel for Defendant Ballista concerning the above referenced motion and have attempted to confer by telephone with counsel for the Defendant Commonwealth and all individual Defendants.

Respectfully Submitted

/s/ Benjamin Weisbuch, Esq.
Benjamin Weisbuch, Esq.
BBO#649510
358 Watertown St.

1

Newton, MA 02458
(617) 848-8080

Date: May 26, 2009

Newton, MA  02458
(617) 848-8080

Date: May 26, 2009