UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*****************************************

| | |
|---|---|
| CHRISTINA CHAO, | * |
| Plaintiff | * |
| v. | * |
| MOISES BALLISTA, KATHLEEN M. DENNEHEY, Commissioner of the Massachusetts Department of Correction, KELLY RYAN, Superintendent South Middlesex Correctional Facility, RANDY AZZATO, Director of Security, South Middlesex Correctional Facility, CHRIS TORTORA, Training Officer, South Middlesex Correctional Facility, et al., | * C.A. NO. 07-CA-10934NG |
| Defendants | * |

*****************************************

## ORDER

It is hereby ordered that the defendant Massachusetts Department of Corrections prod the following:

1. Unredacted copies of the investigations already produced to counsel for the plainti redacted form;

2. The identities of those inmates living with or next to plaintiff from the time that th plaintiff was incarcerated at the South Middlesex Correctional Center until the suspension of Ballista from the South Middlesex Correctional Center in July, 2004; and

3. The identity of the other inmate named as a victim for which Mr. Ballista was criminally charged.

So ordered

JUL -7 2010
Date

Robert B. Collings
~~Magistrate Justice~~

HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210