UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINA CHAO,<br>    Plaintiff,<br><br>v.<br><br>MOISES BALLISTA; KATHLEEN M. DENNEHY, Commissioner of the Massachusetts Department of Corrections; and KELLY RYAN, Superintendent South Middlesex Correctional Facility.<br>    Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 07cv10934-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

GERTNER, D.J.:

## VERDICT FORM

**WITH RESPECT TO DEFENDANT BALLISTA:**

1. Did defendant Moises Ballista assault and batter Ms. Chao?

   Yes _____     No __✓__

2. Was defendant Moises Ballista's conduct with respect to Ms. Chao wanton and reckless and likely to result in serious bodily injury?

   Yes _____     No __✓__

3. Did defendant Moises Ballista intentionally inflict emotional distress upon Ms. Chao?

   Yes __✓__     No _____

4. Did defendant Moises Ballista negligently inflict emotional distress upon Ms. Chao?

   Yes _____     No __✓__

5. Did defendant Moises Ballista violate Ms. Christina Chao's right to be free from cruel and unusual punishment by means of threats, intimidation or coercion?

    Yes ✓               No ___

6. Did defendant Moises Ballista violate Ms. Christina Chao's Eighth Amendment right to be free from cruel and unusual punishment?

    Yes ✓               No ___

**WITH RESPECT TO DEFENDANTS DENNEHY AND RYAN**

7. Did defendant Ryan violate Ms. Chao's Eighth Amendment right to be free from cruel and unusual punishment?

    Yes ✓               No ___

8. Did defendant Dennehy violate Ms. Chao's Eighth Amendment right to be free from cruel and unusual punishment?

    Yes ___               No ✓

**DAMAGES**

9. If your answer to any of the above questions is yes, then what is the amount of the plaintiffs' damages, in dollars?

    $ 67,500 _____ (in numbers)

    Sixty seven thousand + five hundred dollars (in words)

10. Was defendant Ballista's conduct intentional, willful, wanton or malicious?

    Yes ✓               No ___

11. If you answered yes to question 10, then what amount do you award Ms. Christina Chao in punitive damages from defendant Ballista?

$ 6,200 (in numbers)

$ Six thousand + two hundred dollars (in words)

12. Was defendant Ryan's conduct intentional, willful, wanton or malicious?

Yes____   No ✓

13. If you answered yes to question 12, then what amount do you award Ms. Christina Chao in punitive damages from defendant Ryan?

$_____(in numbers)

_____dollars (in words)

14. Was defendant Dennehy's conduct intentional, willful, wanton or malicious?

Yes     (No)

15. If you answered yes to question 14, then what amount do you award Ms. Christina Chao in punitive damages from defendant Dennehy?

$_____(in numbers)

_____dollars (in words)

16. Do you award interest on the compensatory damages?

Yes ✓     No____

Signed _Brittany Lake_     Date _4/6/2011_